IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv270

| | | |
|---|---|---|
| DOWNRANGE OPERATIONS AND TRAINING, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| MGS SALES, INC, | ) ) | |
| Defendant. | ) ) | |

Pending before the Court is the Consent Motion to Hold Case in Abeyance [# 30]. The parties jointly move to stay this case pending the finalization of a settlement. The Court **GRANTS** the motion [# 30] and **STAYS** this case for thirty (30) days. The Court **DENIES without prejudice** [# 28]. If the parties are unable to reach a final settlement of this case, Defendant may renew its Motion to reopen discovery.

Signed: October 9, 2013

Dennis L. Howell
United States Magistrate Judge